**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 5000 PLUS LLC, et al., | Case No.: 2:26-cv-01041-APG-MDC |
| Plaintiffs | **Order Striking Certificate of Interested Parties** |
| v. | |
| MAJESTIC STEEL USA, INC., | |
| Defendant | |

I ORDER that defendant Majestic Steel USA, Inc.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Majestic's citizenship for diversity purposes as required by that rule.

I FURTHER ORDER defendant Majestic Steel USA, Inc. to file a proper certificate of interested parties by April 21, 2026.

DATED this 7th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE